# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AMERANTH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:10-CV-294-DF-CE |
| ) | Jury Trial Demanded |
| (1) PAR TECHNOLOGY CORP., ) | |
| (2) PARTECH, INC., ) | |
| (3) KUDZU INTERACTIVE, INC., ) | |
| (4) LONE TREE TECHNOLOGY, INC., ) | |
| (5) MUNCHAWAY LLC, ) | |
| (6) MENUSOFT SYSTEMS CORP., and ) | |
| (7) CASH REGISTER SALES & SERVICE ) | |
| OF HOUSTON, INC. (dba CRS TEXAS), ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
## PAR TECHNOLOGY CORP. AND PARTECH, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ParTech, Inc. states that it is a wholly owned subsidiary of Par Technology Corp., which is a corporation organized and existing under the laws of Delaware.  Par Technology Corp. has no corporate parent and the following entities currently own more than 5% of Par Technology Corp.: (i) Dimensional Fund Advisors LP; (ii) Gary S. Siperstein and Eliot Rose Asset Management, LLC; and (iii) collectively, Wedbush, Inc., Edward W. Wedbush, and Wedbush Securities, Inc.

DATED:  July 18, 2012                                        Respectfully submitted,

By: */s/ Michael E. Jones*
Michael E. Jones
SBN: 10929400
Allen Franklin Gardner

{A07/8585/0001/W0891912.1 }

        SBN: 24043679
POTTER MINTON, PC
110 N College, Suite 500
Tyler, TX 75702
903-597-8311
903-593-0846 (fax)
mikejones@potterminton.com
allengardner@potterminton.com

George R. McGuire
David L. Nocilly
Frederick J.M. Price
Blaine T. Bettinger
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, New York 13202
315-218-8000
315-218-8100 (fax)
gmcguire@bsk.com
dnocilly@bsk.com
fjprice@bsk.com
bbettinger@bsk.com

ATTORNEYS FOR DEFENDANTS
PAR TECHNOLOGY CORP. AND
PARTECH, INC.

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 18, 2012.

                                                     */s/ Michael E. Jones*